IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ISAIAH HOOVER,** | : | **CIVIL ACTION NO. 1:18-CV-2305** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **NAIRAJ PAREKH,** *et al.*, | : | |
| **Defendants** | : | |

# ORDER

AND NOW, this 15th day of January, 2020, upon consideration of the report (Doc. 10) of Chief Magistrate Judge Susan E. Schwab, issued following review of the *pro se* plaintiff's amended complaint (Doc. 9) pursuant to 28 U.S.C. § 1915(e)(2), in which Judge Schwab recommends that the instant complaint be dismissed on issue-preclusion grounds as well as for failure to state a claim for which relief may be granted, (see Doc. 10 at 8-13), and concludes that further leave to amend would be futile, (id. at 13-14), and it appearing that the plaintiff has not objected to any aspect of the report, see FED. R. CIV. P. 72(b)(2), and the court noting that failure to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should afford "reasoned consideration" to the uncontested portions of the report, E.E.O.C. v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017) (quoting Henderson, 812 F.2d at 879), in order to "satisfy itself that

there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes, and, following independent review of the record, the court being in agreement with Judge Schwab's recommendation, including her determination that further leave to amend would likely be futile, and thus concluding that there is no clear error on the face of the record, it is hereby ORDERED that:

1. The report (Doc. 10) of Chief Magistrate Judge Schwab is ADOPTED.

2. Plaintiff's amended complaint (Doc. 9) is DISMISSED.

3. The Clerk of Court shall CLOSE this case.

4. Any appeal from this order is deemed to be frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania